# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sterling Equity and Investment LLC, Thomas von Behren, Clarice von Behren, and Steven Benedict,<br><br>      Plaintiffs,<br><br>v.<br><br>Prideco Private Mortgage Loan Fund, LP; Patrick Holt; David Baker; United States Bankruptcy Court; Dakota County Attorney; and Dakota County Sheriff;<br><br>      Defendants. | Case No. 0:16-cv-02474-SRN-KMM<br><br><br>**ORDER** |

Thomas von Behren and Clarice von Behren, 1412 Valley View Court, West St. Paul, MN 55118; Steven Benedict, 2901 W. 101st Street, Bloomington, MN 55431; pro se plaintiffs

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated January 5, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m).

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: January 25, 2017

                                        s/Susan Richard Nelson
                                        SUSAN RICHARD NELSON
                                        United States District Judge